United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HORACE DONALDSON,<br>　　Plaintiff,<br><br>VS.<br><br>LOWE'S HOME CENTERS, LLC, *et al.*<br>　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:23-CV-04591<br>§<br>§<br>§<br>§ |

## ORDER TO REMAND

The Court has considered Plaintiff's Unopposed Motion to Remand, (Dkt. 32). For the reasons stated in the motion, and after considering the pleadings, the record in this case, and the governing legal authorities, this Court finds that the motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that this case shall be **REMANDED** to the 127th Judicial District of Harris County, Texas.

SIGNED at Houston, Texas on April 4, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE C. HANKS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1 / 1